# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL H. FLORES,<br><br>           Plaintiff,<br><br>     v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No.  1:25-cv-00713-BAM<br><br>ORDER DIRECTING SUBMISSION OF CERTIFIED TRUST ACCOUNT STATEMENT |

Plaintiff Israel H. Flores ("Plaintiff"), a state prisoner proceeding with counsel, filed this civil action for review of a final decision of the Commissioner of Social Security on June 11, 2025. (Doc. 1). Plaintiff also filed an application seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). However, the application was not complete.

Plaintiff is advised that a prisoner who brings a civil action *in forma pauperis* is required to pay the full amount of the filing fee in installments when funds are available in his prison trust account. 28 U.S.C. § 1915(b)(1). Although Plaintiff filed the requisite affidavit to proceed *in forma pauperis*, he failed to submit a certified copy of his trust account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint, obtained from the appropriate correctional official. 28 U.S.C. § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall submit a copy certified copy of his prison trust account statement that covers the 6-month period immediately preceding the filing of this action.

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **June 17, 2025**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE