**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| ISRAEL H. FLORES, | Case No.: 1:25-cv-00713-BAM |
| Plaintiff, | ~~[PROPOSED]~~ ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including July 31, 2025, to file a copy of his trust account statement.

IT IS SO ORDERED.

Dated: __July 15, 2025__              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

-1-