1  ERIC GRANT
   United States Attorney
2  MATHEW W. PILE, WSBN 32245
   Head of Program Litigation 1
3  Social Security Administration
4  CHRISTOPHER VIEIRA, CSBN 273781
   Special Assistant United States Attorney
5       6401 Security Boulevard
        Baltimore, Maryland 21235
6       Telephone: (510) 970-4808
7       E-Mail: christopher.vieira@ssa.gov
   Attorneys for Defendant
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ISRAEL H. FLORES, | Case No.: 1:25-cv-00713-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Administrative Law Judge will reevaluate the medical opinion evidence; if warranted, further consider the residual functional capacity; and if warranted, continue the sequential evaluation process, including obtaining vocational expert testimony. The Administrative Law Judge will also offer Plaintiff the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1   This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the
2   Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted,

Dated: October 21, 2025     /s/ Steven Rosales*
                            (*as authorized via e-mail on Oct. 3, 2025)
                            STEVEN ROSALES
                            Attorney for Plaintiff

Dated: October 21, 2025     ERIC GRANT
                            United States Attorney
                            MATHEW W. PILE
                            Head of Program Litigation 1
                            Social Security Administration

                      By:   /s/ Christopher Vieira
                            CHRISTOPHER VIEIRA
                            Special Assistant U.S. Attorney

                            Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff Israel H. Flores and against defendant, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   October 22, 2025

UNITED STATES DISTRICT JUDGE